# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEORBRA WOODS

VERSUS

SGT. ERIC BURCH AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, RAYBURN
CORRECTIONAL CENTER

NO.  2021 CW 0809

OCTOBER 18, 2021

---

In Re:  Deorbra Woods, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 114836.

---

**BEFORE:  LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **STAY DENIED; WRIT GRANTED.**  The district court's ruling, which granted the declinatory exception of insufficient service of process filed by defendants, Sergeant Eric Burch and State of Louisiana through Louisiana Department of Public Safety and Corrections, Rayburn Correctional Institute, is reversed.  La. R.S. 39:1538 does not require that the Office of Risk Management be served with citation and process, but only that it be served with process.  Accordingly, the declinatory exception of insufficient service of process filed by defendants is denied.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

![signature]

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.